IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00074-CR

 

Shawnte D. Marsh,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 77th District Court

Limestone County, Texas

Trial Court No. 10697-A

 



MEMORANDUM  Opinion



 








          Shawnte D. Marsh pleaded guilty to
theft of property valued at $1,500 or more but less than $20,000.  Pursuant to
a plea agreement, the court sentenced him to eighteen months’ confinement in a
state jail.  Marsh filed a notice of appeal pro se.

          The certification of Marsh’s right to
appeal recites that this is a plea-bargain case and Marsh has no right of
appeal.  There are no pre-trial motions in the record other than Marsh’s
application for bench warrant[1]
and his application for court-appointed counsel, both of which were granted. 
In addition, Marsh and his counsel signed two separate documents which appear
in the clerk’s record and in which he waived the right of appeal.

          The Clerk of this Court notified Marsh that the appeal is subject
to dismissal for these reasons and that the appeal may be dismissed if a
response showing grounds for continuing the appeal was not filed within
twenty-one days.  No response has been received.

          Because Marsh suffered no adverse
rulings on written, pretrial motions, because he does not have the trial court’s
permission to appeal, and because he waived the right of appeal, we dismiss the
appeal.  See Chavez v. State, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006);
Monreal v. State, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003).

PER CURIAM

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Appeal dismissed

Opinion delivered and
filed May 10, 2006

Do not publish

[CR25]

 









[1]
          Marsh filed an application for
bench warrant requesting that a warrant be issued to transport him from the Collin County jail to Limestone County to answer the theft charges to which he pleaded guilty
in this case.